[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 08-14892
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MARCH 18, 2009
THOMAS K. KAHN
CLERK

D. C. Docket No. 08-14015-CR-DLG

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARCOS SANTIAGO CEDILLO-MENJIVAR,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(March 18, 2009)

Before TJOFLAT, DUBINA and KRAVITCH, Circuit Judges.

PER CURIAM:

David J. Joffe, appointed counsel for Marco Santiago Cedillo-Menjivar, has

moved to withdraw from further representation of the appellant and filed a brief

pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493

(1967). Because independent examination of the entire record reveals no arguable

issues of merit, counsel's motion to withdraw is **GRANTED**, and

Cedillo-Menjivar's conviction and sentence are **AFFIRMED**.